■ The People of the State of New York, Respondent, v Maritza Schelmetty, Appellant. [715 NYS2d 855] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Griffin, J., at plea; Marrero, J., at sentencing), rendered May 11, 1999, convicting her of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the seventh degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Ritter, J. P., Thompson, Friedmann, H. Miller and Feuerstein, JJ., concur.

■ The People of the State of New York, Respondent, v Maurice L. Shehadah, Appellant. [715 NYS2d 860] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Cacciabaudo, J.), rendered June 9, 1998.

Ordered that the judgment is affirmed (*see, People v Pellegrino,* 60 NY2d 636; *People v Dritto,* 178 AD2d 428; *People v Murray,* 168 AD2d 572). O'Brien, J. P., Sullivan, Krausman, Goldstein and Schmidt, JJ., concur.

■ The People of the State of New York, Respondent, v Cory Spears, Appellant. [715 NYS2d 640] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Kreindler, J.), rendered November 23, 1998, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the trial court did not err in accepting a partial verdict (*see, People v Mendez,* 221 AD2d 162; *People v Andino,* 210 AD2d 28). "Neither CPL 310.70 nor any other provision of law, precludes a trial court's inquiry into whether the jury, after a substantial period of deliberation, has agreed upon a verdict" as to any of the defendants or any of the counts submitted, and in then accepting a partial verdict (*People v Mendez, supra,* at 163; *see, People v Bordas,* 226 AD2d 261). Bracken, J. P., Thompson, S. Miller and Florio, JJ., concur.